

IN THE
TENTH COURT OF APPEALS

————————————

No. 10-12-00144-CR

JOSEPH ATKINS,
                                                    Appellant
 v.

THE STATE OF TEXAS,
                                                    Appellee

————————————

From the 54th District Court
McLennan County, Texas
Trial Court No. 2011-1252-C2

## MEMORANDUM  OPINION

Joseph Atkins attempts to appeal from his conviction for possession of a controlled substance.  By letter dated May 18, 2012, the Clerk of this Court notified Atkins that the appeal was subject to dismissal because it appeared that the trial court's certificate of right of appeal indicated that this was a plea bargain case and he had no right to appeal.  *See* TEX. R. APP. P. 25.2 (a) (2), (d).  The record contains a written waiver of appeal signed by Atkins.  The Clerk also warned Atkins that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing

grounds for continuing the appeal.  *See* Tex. R. App. P. 44.3.  Atkins did not file a response.

Accordingly, this appeal is dismissed.



AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 19, 2012
Do not publish
[CR 25]